AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
01/15/2026
Clerk, U.S. District Court
Western District of Texas

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: EP:26-M -00246(1) - MAT |
| | § |
| (1) VICTOR MANUEL DE LA ROSA-OLVERA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 14, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: "The DEFENDANT, Victor Manuel DE LA ROSA-Olvera, an alien to the United States and a citizen of

Mexico was found approximately 0.63 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the

Western District of Texas.  From

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,              /s/ PYATT, JASON
                                 Signature of Complainant
                                 Border Patrol Agent


January 15, 2026                 at   EL PASO, Texas
Date                                  City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer
                                      **OATH TELEPHONICALLY SWORN
                                      AT 2:00  P.M.
                                      FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00246(1)

WESTERN DISTRICT OF TEXAS

(1) VICTOR MANUEL DE LA ROSA-OLVERA

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on August 31, 2023 through El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 5 times, the last one being to MEXICO on August 31, 2023, through EL PASO, TX


CRIMINAL HISTORY:
03/26/2014, El Paso, TX, 8USC1325 Illegal Entry(M), CNV, 11 days Jail.
01/08/2015, El Paso, TX, 8USC1326 Re-Entry of Removed Alien(F), CNV, 19 days Jail.
07/29/2015, El Paso, TX, 8USC1326 Re-Etnry of Removed Alien(F), CNV, 43 days Jail.
08/24/2016, El Paso, Texas, 8USC1326 Re-Entry(F), CNV, 8 months Jail.
08/28/2023, El Paso, Texas, Smuggling of Persons(F), CNV, 4 Years Confinement.